**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2004, I served, or caused to be served, the following documents:

**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S SECTION 2255 PETITION**

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Idelfonso Solorio-Menera
No. 10116-041
Federal Correctional Institution
Box 1731
Waseca, MN 56093-0741

THOMAS B. HEFFELFINGER
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Chief Litigative Assistant